WEEKS MOTOR CORPORATION, Respondent, v. FRANK LESTER, Appellant.—

(The order sets aside the verdict of a jury in favor of defendant for no cause of action, and grants a new trial in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.